AO 91 (Rev. 11/11) Criminal Complaint

AUSA: Robert Kuhn Telephone: (313) 226-9100
Special Agent: Sean Killian Telephone: (313) 965-2323

# UNITED STATES DISTRICT COURT

for the

Eastern District of Michigan

United States of America
v.
Givontae Watkins

Case No.
Case: 2:26−mj−30728
Assigned To : Unassigned
Assign. Date : 11/18/2026
Description: CMP USA V. WATKINS (DJ)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of January 1, 2025 – September 27, 2025 in the county of Wayne in the Eastern District of Michigan, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 2252A(a)(2) | Receipt of child pornography. |
| 18 U.S.C. § 2252A(a)(5)(B) | Possession of child pornography. |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

[signature]
*Complainant's signature*

Sean Killian, Special Agent-FBI
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: November 18, 2026

[signature]
*Judge's signature*

City and state: Detroit, Michigan

Hon. Kimberly G. Altman, United States Magistrate Judge
*Printed name and title*

# AFFIDAVIT IN SUPPORT OF AN APPLICATION FOR A CRIMINAL COMPLAINT AND ARREST WARRANT

I, Sean Killian, a Special Agent with the Federal Bureau of Investigation (FBI), being duly sworn, depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1. I am a Special Agent with the Federal Bureau of Investigation (FBI) and have been since April of 2022. I am assigned to the FBI Detroit Division on the Southeast Michigan Trafficking and Exploitation Crimes (SEMTEC) Task Force. Prior to employment with the FBI, I was a police officer in Indiana for approximately seven years. I have experience investigating child sexual exploitation, crimes related to child sexual abuse material (CSAM), human trafficking and have also been trained specifically on these types of investigations. I have consulted with numerous other SEMTEC agents and law enforcement officers, including those that have worked on crimes against children investigations to include child pornography, and child sexual exploitation.

2. I have received training in the area of child pornography and child exploitation and have reviewed numerous examples of child pornography (as defined in 18 U.S.C. § 2256) in all forms of media including computer media. Moreover, I am a federal law enforcement officer who is engaged in enforcing criminal laws, including 18 U.S.C. § 2252A. I am authorized by law to request an arrest warrant.

3. This affidavit is made in support of an application for a criminal complaint and arrest warrant for **Givontae Watkins** (DOB XX/XX/1992) for violations of 18 U.S.C. § 2252A(a)(2) (Receipt of Child Pornography) and 18 U.S.C. § 2252A(a)(5) (Possession of Child Pornography). Specifically, law enforcement discovered that WATKINS, using online messaging through the encrypted messaging application Telegram, sought out and received pictures and videos that met the federal definition of child pornography.

4. The statements contained in this affidavit are based in part on information provided by U.S. federal law enforcement agents, written reports about this and other investigations that I have received, directly or indirectly, from other law enforcement agents/officers, information gathered from investigative sources of information, and my experience, training, and background as a Special Agent. Because this affidavit is being submitted for the limited purpose of securing authorization for the requested arrest warrant, I have not included each and every fact known to me concerning this investigation. Instead, I have set forth only the facts that I believe are necessary to establish probable cause that Watkins has violated the above offense.

**PROBABLE CAUSE**

5. In September of 2025 a federal search warrant was executed in the Eastern District of Michigan on the residence and person of an unrelated individual,

"INDIVIDUAL 1." INDIVIDUAL 1 is a real person whose identity I know. INDIVIDUAL 1's phone was seized and reviewed pursuant to that search warrant. Review of INDIVIDUAL 1's communications found he was communicating about and trading CSAM via Telegram with numerous individuals. Telegram is an encrypted messaging application allowing its users to share texts, videos, and photos between devices. One of the Telegram users INDIVIDUAL 1 was communicating with between January and September of 2025 was "@Anthonycarter27". @AnthonyCarter27 received numerous videos which contained CSAM from INDIVIDUAL 1. The videos, sent on July 7, 2025, via electronic messaging, include:

a. 9 second video of an apparent adult male masturbating in front of a female toddler.

b. 1 minute 22 second video of an adult male masturbating to videos including an adult man touching the vagina of an apparent minor child and a juvenile male child performing oral sex on an apparent adult male.

c. 1 minute 15 second video of an adult male masturbating to a video of an adult male putting his penis on the head of a male child and the male child subsequently performing oral sex on the adult male.

d. 5 second video of what appears to be a late teenage/early adult age male putting his penis on a toddler child.

e. 1 minute 30 second video of an adult male masturbating and ejaculating over an apparently sleeping male child in bed.

6. Following receipt of that selection of videos as well as others the following message communications occurred:

**@AnthonyCarter27:** It's loading now

**INDIVIDUAL 1:** Did they load

**@AnthonyCarter27:** Yeah they cool I be liking to see fuckin but good look I like a few fw

**INDIVIDUAL 1:** Fucking be hard to find frfr

**@AnthonyCarter27:** Naw I get it this cool too though thanks

7. On October 1, 2025, FBI agents served an administrative subpoena upon Telegram for subscriber information on accounts which exchanged CSAM with INDIVIDUAL 1 including @AnthonyCarter27.

8. On November 17, 2025, Telegram provided responsive information to the agents pursuant to administrative subpoena compliance. Telegram identified the phone number registered to user @AnthonyCarter27 as +1947xxx2277 (x2277).

9. On October 30, 2026, FBI agents identified the cellular service provider for x2277 number as AT&T. Agents served an administrative subpoena upon AT&T for subscriber information related to x2277. AT&T returned responsive information pursuant to administrative subpoena compliance that same day identifying the User

Information for x2277 as "GIVANTAE WATKINS" with a user address located in the Eastern District of Michigan and a service start date of June 22, 2023. In my training and experience reviewing cellular service provide records I know that misspellings or typos are not uncommon particularly when involving the subscriber name or address. As "Givantae Watkins" simply misspells Givontae with an extra "a" instead of an "o," it is reasonable to believe Givantae Watkins is in fact Givontae Watkins.

10. On November 2, 2026, FBI agents conducted an open-source database query for the x2277 number finding it to be associated with WATKINS and nobody else. Additionally, an Oakland County Sheriff's Office report listed WATKINS' number as x2277. Thus, based on this information and professional training and experience, WATKINS was subsequently identified as the user in control of x2277 and the @AnthonyCarter27 Telegram account that had received CSAM from INDIVIDUAL 1.

11. Further review of Telegram communications between WATKINS, using his account name @AnthonyCarter27, and INDIVIDUAL 1 found WATKINS regularly asked for and discussed videos and images of sexual content including CSAM from INDIVIDUAL 1 from at least January through September of 2025. Based on a review of the electronic chats, WATKINS received videos meeting the federal definition of child pornography.

12. Pursuant to a federal search warrant, federal agents executed a search of Watkins' residence on November 18, 2026. The agents knocked and announced, but Watkins did not open the door. The agents breached the front door and discovered Watkins accessing his phone. In a post-*Mirandized* statement, Watkins confirmed that +1947xxx2277 was his cell phone number. When asked about use of Telegram, Watkins stated, "I think I had got rid of a Telegram."

13. Based on the foregoing, there is probable cause to believe Givontae Watkins has committed violations of 18 U.S.C. § 2252A(a)(2) (Receipt of Child Pornography) and 18 U.S.C. § 2252A(a)(5)(B) (Possession of Child Pornography).

Respectfully submitted,

Sean Killian
Special Agent
Federal Bureau of Investigation

Sworn to before me and signed in my presence
And/or by reliable electronic means.

Hon. Kimberly G. Altman
United States Magistrate Judge

Date: November 18, 2026